UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- - X
LINNEA WEXLER, *Individually and On Behalf Of Minor Daughter* V. P. W.,

                              Plaintiffs,

- against -

LAWYERS FOR CHILDREN, INC., SERINA ROSENBAUM, LINDA DIAZ, HAL SILVERMAN, ANNA SCHISSEL, KAREN FREEDMAN, GLENN METSCH-AMPEL, LISA LUBELL, SHIRIM NOTHENBERG, SELENE GONZALEZ, MARGARET TARVIN, ALLEN HALPIN, MIKE MURTAGH, TARA SHEORAN, AND DYANE MCMAHON.

                              Defendants.
---------------------------------------------------------------------------------X

Index No.:

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY <u>RESTRAINING ORDER</u>**

Upon the affidavit of Linnea Wexler, appearing *pro se* individually and on behalf of Plaintiff minor daughter V. P. W., sworn to the 30th day of June, 2024 and as and upon the copy of the complaint hereto annexed, it is:

ORDERED, that the above named defendant show cause before a motion term of this Court, at Room , United States Courthouse, 500 Pearl Street, in the City, County and Plaintiff **Linnea Wexler** ("Wexler") is an individual over the age of eighteen (18), who at all relevant times herein, is and has been a resident of the County of New York, State of New York, on July ____, 2024, at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why an

1

order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the Defendants, and any other employees or persons or parties on behalf of Lawyers For Children, Inc. ("LFC") during the pendency of this action from acting as the Attorney for Child for V.P.W. or having any role, in the case involving V.P.W., *i.e., Parrott v. Wexler* and *Wexler v. Parrott*, Index No. 291083/20 in the Family Court of the City of New York (the "Custody Case"); and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of Plaintiffs' application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the Defendants and any other employees or persons or parties on behalf of LFC are temporarily restrained and enjoined from acting as the Attorney for Child for V.P.W. or having any role, in the Custody Case; and it is further

ORDERED that no security amount need be posted; and it is further

ORDERED that personal service of a copy of this order and annexed affidavit upon the offices of LFC by mail and defendants by email (or if no active available email, by mail) on or before _____ o'clock in the \_\_\_\_\_ noon, July \_\_\_\_\_, 2024, shall be deemed good and sufficient service thereof.

DATED: New York, New York

ISSUED: _____

_____
United States District Judge